# United States District Court
## For The Western District of North Carolina
### Statesville Division

JEREMIAS NATHAN ZETINO-RIVERA,

        Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                CASE NO. 5:07CV85-1-V

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2007, Order.

               Signed: August 10, 2007

               *Frank G. Johns*

               Frank G. Johns, Clerk
               United States District Court

Dockets.Justia.com